**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STARLINDA BRANICK ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-CV-01270 |
| vs. ) | |
| ) | Honorable Judge Manish S. Shah |
| SLING TV, LLC, ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. ) | |

## DEFENDANT SLING TV, LLC'S NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of finalizing a Settlement Agreement and Stipulation of Dismissal. The parties respectfully request that they be given 30 days to file a Stipulation of Dismissal, and that in the meantime, all upcoming deadlines, including, but not limited to the deadline to file an initial status report currently scheduled for August 23, 2021, be extended.

Dated: August 16, 2021

**SLING TV, LLC**

/s/ Jeffrey L. Rudd
One of Its Attorneys

Jeffrey L. Rudd
Jessica E. Quarless
Jackson Lewis P.C.
150 N. Michigan Avenue
Suite 2500
Chicago, Illinois 60601

Tel: (312) 787-4949
Jeffrey.Rudd@jacksonlewis.com
Jessica.quarless@jacksonlewis.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 16, 2021, a true and correct copy of the foregoing *Defendant Sling TV, LLC's Notice of Settlement* was filed with the Court by electronic filing protocols and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Jeffrey L. Rudd